IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Civil Action No. 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY and ) | |
| DUKE UNIVERSITY HEALTH SYSTEM, ) | |
| INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF APPEARANCE** |
| vs. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA. ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that Betsy Cooke, of the law firm of Kilpatrick Stockton LLP, 3737 Glenwood Avenue, Suite 400, Raleigh, NC 27612, will appear as additional counsel for Plaintiffs Duke University and Duke University Health System, Inc.

The undersigned requests service of all pleadings, notices and calendars affecting this action.

This the 24th day of November, 2008.

                KILPATRICK STOCKTON LLP

        /s/ Betsy Cooke
        Gregg E. McDougal
        N.C. State Bar No. 27290
        gmcdougal@kilpatrickstockton.com
        Betsy Cooke
        N.C. State Bar No. 25353
        bcooke@kilpatrickstockton.com
        3737 Glenwood Avenue, Suite 400
        Raleigh, NC 27612
        Phone (919) 420-1700
        Fax (919) 420-1800

        GILBERT OSHINSKY LLP
        Jerold Oshinsky
        oshinskyj@gotofirm.com
        Jonathan M. Cohen
        cohenj@gotofirm.com
        Ariel E. Shapiro
        shapiroa@gotofirm.com
        1100 New York Ave, N.W., Suite 700
        Washington, D.C. 20005
        Phone (202) 772-2200
        Fax (202) 772-3333