UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| DUKE UNIVERSITY AND DUKE UNIVERSITY HEALTH SYSTEM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>UNITED EDUCATORS INSURANCE, A RECIPROCAL RISK RETENTION GROUP,<br><br>Third-Party Defendant. | ) | Case Number: 1:08-CV-0854 |

DUKE UNIVERSITY et al v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA Doc. 10

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

National Union Fire Insurance Company of Pittsburgh, P.A. who is Defendant and Third-Party Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity ?
   ( ) Yes (X) No
2. Does party have any parent corporations ?
   (X) Yes ( ) No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: American International Group, Inc.

Dockets.Justia.com

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
( X ) Yes ( ) No
If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation ?
( ) Yes ( X ) No
If yes, identify entity and nature of interest:

This the 16th day of January, 2009.

BAILEY & DIXON, LLP

By: /s/ David S. Coats
David S. Coats, N.C. State Bar No. 16162
dcoats@bdixon.com
By: /s/ Dayatra T. King
Dayatra T. King, N.C. State Bar No. 24355
dking@bdixon.com
By: /s/ J.T. Crook
J.T. Crook, N.C.S.B. 35232
jcrook@bdixon.com
Attorneys for Defendant
Post Office Box 1351
Raleigh, North Carolina 27602
Telephone: (919) 828-0731
Facsimile: (919) 828-6592

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2009, I electronically filed the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT INTEREST IN LITIGATION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gregg E. McDougal
Betsy Cooke
Kilpatrick Stockton, LLP
3737 Glenwood Ave, Suite 400
Raleigh, NC 27612
gmcdougal@kilpatrickstockton.com
bcooke@kilpatrickstockton.com

Jerold Oshinsky
Jonathan M. Cohen
Ariel Shapiro
1100 New York Ave, N.W., Suite 700
Washington, D.C. 20005
Oshinskyj@gotofirm.com
cohenj@gotofirm.com
shapiroa@gotofirm.com

This the 16th day of January, 2009.

/s/ David S. Coats
David S. Coats