UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case Number: 1:08-CV-0854

DUKE UNIVERSITY AND DUKE UNIVERSITY HEALTH SYSTEM, INC.,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Defendant and Third-Party Plaintiff,

v.

UNITED EDUCATORS INSURANCE, A RECIPROCAL RISK RETENTION GROUP,

Third-Party Defendant.

AFFIDAVIT OF SERVICE

J.T. Crook, first being duly sworn, deposes and says:

DUKE UNIVERSITY et al v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA Doc. 14

Affiant is counsel of record for National Union Fire Insurance Company of Pittsburgh, P.A. (hereinafter "Defendant and Third-Party Plaintiff") in this action.

1. A copy of Defendant and Third-Party Plaintiff's Answer, Counterclaim and Third-Party Complaint, along with a Civil Summons, in this action was deposited in the United States Post Office for mailing by certified mail, return receipt requested, addressed to United Educators, a Reciprocal Risk Retention Group, N.C. Department of Insurance, 430 North Salisbury Street, Raleigh, North Carolina 27612. This copy of Defendant and Third-Party Plaintiff's Answer, Counterclaim, Third-Party Complaint and Civil Summons were in fact

Dockets.Justia.com

received on January 26, 2009, as evidenced by the attached registry or return receipt.

2. The genuine registry or return receipt is attached hereto as Attachment I to this Affidavit.

/s/ J.T. Crook
J.T. Crook

Subscribed to and sworn to before me by
J.T. Crook this the 2nd day of February, 2009.

Essa M. Lancaster
Notary Public

Essa M. Lancaster
Typed or Printed Name of Notary

My Commission Expires: 03/17/2009

ESSA M. LANCASTER
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 3-17-2009.

**ATTACHMENT I**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Educators, a Reciprocal Risk Retention Group through N.C. Department of Insurance
430 N. Salisbury Street
Raleigh, North Carolina 27612

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 26 2009

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7005 0390 0003 7854 4292

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

J.T. Crook
BAILEY & DIXON, L.L.P.
[redacted]
Post Office Box 1351
Raleigh, North Carolina 27602

Re: AIG: Duke v. United Educ.

51 8093 08CV0051 (3rd Pty Compl. + Summons)

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2009, I electronically filed the foregoing AFFIDAVIT OF SERVICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gregg E. McDougal
Betsy Cooke
Kilpatrick Stockton, LLP
3737 Glenwood Ave, Suite 400
Raleigh, NC 27612
gmcdougal@kilpatrickstockton.com
bcooke@kilpatrickstockton.com

Jerold Oshinsky
Jonathan M. Cohen
Ariel Shapiro
1100 New York Ave, N.W., Suite 700
Washington, D.C. 20005
Oshinskyj@gotofirm.com
cohenj@gotofirm.com
shapiroa@gotofirm.com

This the 2nd day of February, 2009.

/s/ J.T. Crook
J.T. Crook