UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case Number: 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY AND DUKE UNIVERSITY HEALTH SYSTEM, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | ) ) ) ) |
| Defendant and Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED EDUCATORS INSURANCE, A RECIPROCAL RISK RETENTION GROUP, | ) ) ) ) |
| Third-Party Defendant | ) ) |

ORDER FOR EXTENSION OF TIME

For good cause shown, it is hereby ORDERED that the time for Third-Party Defendant United Educators Insurance to file a response to the Third-Party Complaint filed by National Union Fire Insurance Company of Pittsburgh, PA is extended to and including Tuesday, March 3, 2009.

This the 17th day of February, 2009.

_____
United States Magistrate Judge