UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| DUKE UNIVERSITY AND DUKE UNIVERSITY HEALTH SYSTEM, INC.,   )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,   )<br>)<br>Defendant and Third-Party Plaintiff,   )<br>)<br>v.   )<br>)<br>UNITED EDUCATORS INSURANCE, A RECIPROCAL RISK RETENTION GROUP,   )<br>)<br>Third-Party Defendant.   ) | Civil Action No. 1:08-CV-0854 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1, MDNC, Clifton S. Elgarten of Crowell & Moring LLP, 1001 Pennsylvania Avenue, Washington, D.C. 20004, appears as counsel for Defendant United Educators Insurance, a Reciprocal Risk Retention Group, in the above-captioned lawsuit. Mr. Elgarten is a member in good standing of the bar of the District of Columbia. Mr. Elgarten and the firm of Crowell & Moring, LLP appear in association with James K. Dorsett, III, NC State Bar No. 7695, and Kirk Alan Parry, NC State Bar No. 31343, of the law firm Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., P.O. Box 2611, Raleigh, North Carolina 27602-2611.

This the 3rd day of March, 2009.

# 1201993_1.Doc

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL, & JERNIGAN, L.L.P.

/s/ K. Alan Parry
James K. Dorsett, III
NC Bar No. 7695
jdorsett@smithlaw.com
K. Alan Parry
NC Bar No. 31343
aparry@smithlaw.com
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Attorneys for Third-Party Defendant


CROWELL & MORING, LLP

/s/ Clifton S. Elgarten
Elaine Panagakos
EPanagakos@crowell.com
Michael T. Carolan
MCarolan@crowell.com
Kathryn A. Underhill
KUnderhill@crowell.com
Clifton S. Elgarten
CElgarten@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue
Washington, DC 20004
Telephone: (202) 624-2876
Facsimile: (202) 628-5116
Attorneys for Third-Party Defendant

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following parties to this action by electronic filing and/or by depositing a copy of the same in the United States Mail postage prepaid and addressed to:

David S. Coats
dcoats@bdixon.com
J.T. Crook
jcrook@bdixon.com
Bailey & Dixon
Attorneys for Defendant
P. O. Box 1351
Raleigh, North Carolina 27602

Gregg E. McDougal
gmcdougal@kilpatrickStockton.com
Betsy Cooke
bcooke@kilpatrickstockton.com
Kilpatrick Stock, LLP
3737 Glenwood Ave., Suite 400
Raleigh, NC 27612

Jerold Oshinsky
Jonathan M. Cohen
Ariel Shapiro
1100 New York Ave., N.W., Suite 700
Washington, D.C. 20005

This the 3rd day of March, 2009.

/s/ K. Alan Parry