| | | |
|---|---|---|
| DUKE UNIVERSITY AND DUKE UNIVERSITY HEALTH SYSTEM, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | ) ) ) ) | MOTION FOR EXTENSION OF TIME |
| Defendant and Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| UNITED EDUCATORS INSURANCE, A RECIPROCAL RISK RETENTION GROUP, | ) ) ) ) | |
| Third-Party Defendant. | ) ) | |

National Union Fire Insurance Company of Pittsburgh, PA (hereinafter "National Union"), through undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure, respectfully moves this Court to allow it up to and through April 15, 2009 to respond to the Motion to Dismiss filed by Third-Party Defendant United Educators Insurance, a Reciprocal Risk Retention Group ("United Educators").

DUKE UNIVERSITY et al v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA          Doc. 27

United Educators has consented to this request. In support of this Motion, National Union states as follows:

       1.     On November 24, 2008, Duke University and Duke University Health System, Inc. ("Duke") filed a Complaint against National Union. *See* Dkt. 1.

Dockets.Justia.com

2.	On January 16, 2009, National Union filed an Answer, Counterclaim, and Third-Party Complaint against United Educators. *See* Dkt. 8.

3.	On March 3, 2009, Third-Party Defendant United Educators filed a Motion to Dismiss or Stay this case pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). *See* Dkt. 23.

4.	United Educators has agreed to allow National Union up to and through April 15, 2009 to file its Response to United Educators' Motion to Dismiss.

5.	This Motion is made in good faith and not for purposes of delay, and granting this Motion will not unduly delay this proceeding.

6.	This Motion is being filed before the time for National Union to file its Response to United Educators' Motion to Dismiss has lapsed or expired.

7.	A Proposed Order granting this request is being submitted contemporaneously herewith.

Respectfully submitted, this the 26th day of March, 2009.

BAILEY & DIXON, LLP

By: /s/ David S. Coats
     David S. Coats, N.C. State Bar No. 16162
     dcoats@bdixon.com
By: /s/ Dayatra T. King
     Dayatra T. King, N.C. State Bar No. 24355
     dking@bdixon.com
By: /s/ J.T. Crook
     J.T. Crook, N.C.S.B. 35232
     jcrook@bdixon.com
Attorneys for Defendant
Post Office Box 1351
Raleigh, North Carolina 27602
Telephone: (919) 828-0731
Facsimile: (919) 828-6592

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2009, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gregg E. McDougal
Betsy Cooke
Kilpatrick Stockton, LLP
3737 Glenwood Ave, Suite 400
Raleigh, NC 27612
gmcdougal@kilpatrickstockton.com
bcooke@kilpatrickstockton.com
*Attorneys for Plaintiffs*

Jerold Oshinsky
Jonathan M. Cohen
Ariel Shapiro
1100 New York Ave, N.W., Ste. 700
Washington, D.C. 20005
Oshinskyj@gotofirm.com
cohenj@gotofirm.com
shapiroa@gotofirm.com
*Attorneys for Plaintiffs*

James K. Dorsett, III
K. Alan Parry
Smith Anderson Blount Dorsett
    Mitchell & Jernigan
Post Office Box 2611
Raleigh, North Carolina 27602-2611
jdorsett@smithlaw.com
aparry@smithlaw.com
*Attorneys for Third-Party
    Defendants*

Clifton S. Elgarten
Kathryn A. Underhill
Elaine Panagakos
Michael T. Carolan
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
*Attorneys for Third-Party
    Defendants*

This the 26th day of March, 2009.

/s/ David S. Coats
David S. Coats