IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY and <br> DUKE UNIVERSITY HEALTH SYSTEM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | **ORDER** |

WHEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and for good cause shown, it is hereby ORDERED that Plaintiffs Duke University and Duke University Health System, Inc. shall have up to and through April 15, 2009, in which to file a Response to UE's Motion to Dismiss.

This the 26th day of March, 2009.

_____
United States Magistrate Judge