IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Civil Action No. 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY and ) | |
| DUKE UNIVERSITY HEALTH SYSTEM, ) | |
| INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CONSENT MOTION** |
| ) | **FOR EXTENSION OF TIME** |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA, ) | |
| ) | |
| Defendant. ) | |

Plaintiffs Duke University and Duke University Health System, Inc. ("Duke") and Third Party Defendant United Educators Insurance ("UE"), through the undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure, respectfully file this Consent Motion requesting that this Court to allow Duke up to and through May 4, 2009 to respond to UE's Motion to Dismiss. In support of this Consent Motion, the parties state as follows:

1. Duke filed its Complaint against Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") on November 24, 2008. *See* Dkt. 1.

2. On January 16, 2009, National Union filed an Answer, Counterclaims, and Third Party Complaint against Third Party Defendant UE. *See* Dkt. 8. On March 3, 2009, Third Party Defendant UE filed a Motion to Dismiss or Stay this case pursuant to Fed. R. Civ. P. 12(b)(6), and an accompanying Memorandum of Law in support of same. *See* Dkt. 23, 24.

3. The deadline for Duke to file a Response to UE's Motion to Dismiss is currently April 15, 2009. *See* Dkt. 28, 29.

4. UE has consented to grant Duke through and including May 4, 2009, in which to

US2008 500730.1

file its Response to UE's Motion to Dismiss.

5. This Motion is made in good faith and not for purposes of delay and granting this Motion will not in any way delay this proceeding.

6. This Motion is being filed before the time for Duke to file its Response to UE's Motion to Dismiss has lapsed or expired.

7. A Proposed Order granting this Consent Motion is being submitted contemporaneously herewith.

US2008 500730.1

Respectfully submitted this the 7th of April, 2009.

BY:                              KILPATRICK STOCKTON LLP

/s/ Gregg E. McDougal

Gregg E. McDougal
N.C. State Bar No. 27290
gmcdougal@kilpatrickstockton.com
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
Phone (919) 420-1800
Fax (919) 420-1700

GILBERT OSHINSKY LLP
Jerold Oshinsky
oshinskyj@gotofirm.com
1100 New York Ave, N.W., Suite 700
Washington, D.C. 20005
Phone (202) 772-2200

***COUNSEL FOR PLAINTIFFS***

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL, & JERNIGAN LLP

/s/ K. Alan Parry

K. Alan Parry
NC State Bar No. 31343
aparry@smithlaw.com
P.O. Box 2611
Raleigh, North Carolina 27602
Phone (919) 821-1220
Fax (919) 821-6800

CROWELL & MORING LLP
Clifford B. Hendler
chendler@crowell.com
1001 Pennsylvania Avenue
Washington, DC 20004
Phone (202) 624-2500
Fax (202) 628-5116

***COUNSEL FOR THIRD-PARTY DEFENDANT UNITED EDUCATORS INSURANCE***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court using the CM/ECF system which will automatically send notice to the following counsel of record:

>David S. Coats
>dcoats@bdixon.com
>Bailey & Dixon, LLP

This 7th day of April, 2009.

/s/ Gregg E. McDougal
Gregg E. McDougal

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612