IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY and DUKE UNIVERSITY HEALTH SYSTEM, INC., <br><br>        Plaintiffs, <br><br>v. <br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br>        Defendant. | **ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME** |

WHEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and for good cause shown, it is hereby ORDERED that Plaintiffs Duke University and Duke University Health System, Inc. shall have up to and through May 4, 2009, in which to file a Response to UE's Motion to Dismiss.

This the 8th day of April, 2009.

_____
United States Magistrate Judge