IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| DUKE UNIVERSITY and )<br>DUKE UNIVERSITY HEALTH SYSTEM, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., )<br>)<br>Defendants. ) | No. 1:08-CV-0854 |

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that pursuant to L.R.83.1(d)(1), JEROLD OSHINSKY of Gilbert Oshinsky LLP, 1100 New York Avenue, Washington D.C. 20005, will appear as additional counsel for Plaintiffs Duke University and Duke University Health System, Inc. Plaintiffs Duke University and Duke University Health System, Inc. will continue to be represented in this matter by Gregg E. McDougal, Esquire and Betsey Cooke, Esquire of Kilpatrick Stockton LLP. The undersigned request service of all pleadings, notices and calendars affecting this action.

This the 8th day of April, 2009.

1234/001/1021294.1

GILBERT OSHINSKY LLP

  /s/ Jerold Oshinsky
_____
Jerold Oshinsky
oshinskyj@gotofirm.com
1100 New York Ave, N.W., Suite 700
Washington, D.C. 20005
Phone (202) 772-2346
Fax (202) 772-2347


KILPATRICK STOCKTON LLP


_____
Gregg E. McDougal
N.C. State Bar No. 27290
gmcdougal@kilpatrickstockton.com
Betsy Cooke
N.C. State Bar No. 25353
bcooke@kilpatrickstockton.com
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
Phone (919) 420-1700
Fax (919) 420-1800

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court using the CM/ECF system which will automatically send notice to the following counsel of record:

>David S. Coats
>dcoats@bdixon.com
>J.T. Crook
>jcrook@bdixon.com
>Bailey & Dixon, LLP
>
>James K. Dorsett, III
>jdorsett@smithlaw.com
>Smith, Anderson, Blount, Dorsett,
>Mitchell & Jernigan, LLP

This 8th day of April, 2009.

_____

KILPATRICK STOCKTON LLP
3737 Glenwood Avenue
Suite 400
Raleigh, NC 27612