IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Civil Action No. 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY and ) | |
| DUKE UNIVERSITY HEALTH SYSTEM, ) | |
| INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF APPEARANCE** |
| vs. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA. ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that John M. Moye, of the law firm of Kilpatrick Stockton LLP, 3737 Glenwood Avenue, Suite 400, Raleigh, NC 27612, will appear as additional counsel for Plaintiffs Duke University and Duke University Health System, Inc.

The undersigned requests service of all pleadings, notices and calendars affecting this action.

This the 4th day of May, 2009.

                              KILPATRICK STOCKTON LLP

                        /s/ John M. Moye
                        Gregg E. McDougal
                        N.C. State Bar No. 27290
                        gmcdougal@kilpatrickstockton.com
                        Betsy Cooke
                        N.C. State Bar No. 25353
                        bcooke@kilpatrickstockton.com
                        John M. Moye
                        N.C. State Bar No. 35463
                        jmoye@kilpatrickstockton.com
                        3737 Glenwood Avenue, Suite 400
                        Raleigh, NC 27612
                        Phone (919) 420-1700
                        Fax (919) 420-1800

                        GILBERT OSHINSKY LLP
                        Jerold Oshinsky
                        oshinskyj@gotofirm.com
                        Jonathan M. Cohen
                        cohenj@gotofirm.com
                        Ariel E. Shapiro
                        shapiroa@gotofirm.com
                        1100 New York Ave, N.W., Suite 700
                        Washington, D.C. 20005
                        Phone (202) 772-2200
                        Fax (202) 772-3333

US2008 420170.1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court using the CM/ECF system which will automatically send notice to the following counsel of record:

> **BAILEY & DIXON, LLP**
> David S. Coats
> dcoats@bdixon.com
>
> **SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL, AND JERNIGAN LLP**
> James Kye Dorsett , III
> jdorsett@smithlaw.com
>
> John T. Crook
> jcrook@smithlaw.com
>
> Kirk Alan Parry, Jr.
> aparry@smithlaw.com

And via first-class mail, postage prepaid, to the following non-CM/ECF participants:

> **CROWELL & MORING, LLP**
> Clifton S. Elgarten
> Elaine Panagakos
> Kathryn Underhill
> Michael T. Carolan
> 1001 Pennsylvania Ave., N.W.
> Washington, DC 20004

This 4th day of May, 2009.

> /s/ John M. Moye
> ─────────────────────
> John M. Moye

KILPATRICK STOCKTON LLP
3737 GLENWOOD AVENUE
SUITE 400
RALEIGH, NC 27612