DUKE UNIVERSITY et al v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA                                Doc. 38

# *UNITED STATES DISTRICT COURT*

MIDDLE DISTRICT OF NORTH CAROLINA

Duke University, et. al.

       v.                                      Case Number: 1:08CV00854

National Union Fire Insurance Company
of Pittsburgh, PA, et. al.

# **N O T I C E**

**Take notice** that a proceeding in this case has been set/reset as indicated below:

          **PLACE:**     U.S. Post Office Building
                            323 E. Chapel Hill St., Durham, NC
**COURTROOM NO.:**     Second Floor Courtroom
 **DATE AND TIME:**     August 19, 2009 at 10:30 a.m.
    **PROCEEDING:**     Status Conference

_____

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: July 17, 2009

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD

Dockets.Justia.com