# *UNITED STATES DISTRICT COURT*

*MIDDLE DISTRICT OF NORTH CAROLINA*

Duke University, et. al.

      v.                                  Case Number:     1:08CV00854

National Union Fire Insurance Company
of Pittsburgh, PA, et. al.

# *NOTICE OF RESCHEDULING*

**Take notice** that the above-entitled case currently scheduled for a **Status Conference** on August 19, 2009, at 9:30 a.m in Durham, N.C., **has been <u>rescheduled</u>** for **August 20, 2009** at 9:30 a.m. in Durham, N.C., Second Floor Courtroom.

_____

John S. Brubaker, Clerk

By:/s/ <u>Kimberly Garrett, Deputy Clerk</u>

Date:   July 23, 2009

TO:    ALL COUNSEL/PARTIES OF RECORD