IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case No. 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY and<br>DUKE UNIVERSITY HEALTH SYSTEM, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>    Defendants. | **NOTICE OF WITHDRAWAL** |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that effective September 1, 2009, Gilbert Oshinsky LLP changed its name to Gilbert LLP and no longer serves as counsel for Duke University and Duke University Health System, Inc. (collectively, "Duke") in the above-captioned case. Kilpatrick Stockton LLP and Jenner & Block LLP will serve as counsel for Duke in this case.

This the 13th day of October, 2009.

                                                    GILBERT LLP

                                                  /s/ Jonathan M. Cohen
                                                  Jonathan M. Cohen
                                                  cohenj@gotofirm.com
                                                  1100 New York Ave, N.W., Suite 700
                                                  Washington, D.C. 20005
                                                  Phone (202) 772-2259
                                                  Fax (202) 772-2260

US2008 935212.1

KILPATRICK STOCKTON LLP

/s/ Gregg E. McDougal

Gregg E. McDougal
N.C. State Bar No. 27290
gmcdougal@kilpatrickstockton.com
Betsy Cooke
N.C. State Bar No. 25353
bcooke@kilpatrickstockton.com
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
Phone (919) 420-1700
Fax (919) 420-1800

JENNER & BLOCK LLP
Jerold Oshinsky
joshinsky@jenner.com
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Phone (213) 239-5100

*Attorneys for Plaintiffs Duke University and Duke University Health System, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court using the CM/ECF system which will automatically send notice to the following counsel of record:

**BAILEY & DIXON, LLP**
David S. Coats
dcoats@bdixon.com

John T. Crook
jcrook@bdixon.com

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL, AND JERNIGAN LLP**
James K. Dorsett, III
jdorsett@smithlaw.com

Kirk Alan Parry, Jr.
aparry@smithlaw.com

And via first-class mail, postage prepaid, to the following non-CM/ECF participants:

**CROWELL & MORING, LLP**
Clifton S. Elgarten
Elaine Panagakos
Kathryn Underhill
Michael T. Carolan
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

This 13th day of October, 2009.

/s/ Gregg E. McDougal
Gregg E. McDougal

KILPATRICK STOCKTON LLP
3737 GLENWOOD AVENUE
SUITE 400
RALEIGH, NC 27612

US2008 935212.1