# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Duke University, et al

      v.                                    Case Number: 1:08CV000854

National Union Fire Insurance
Company of Pittsburgh, PA

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

        PLACE:     U.S. Courthouse, 324 W. Market St., Greensboro, NC
COURTROOM NO.:   G-1A
 DATE AND TIME:   January 25, 2010 at 2:30 p.m.
    PROCEEDING:   Initial Pretrial Conference and Oral Argument on Motion to Dismiss
                            and Motion for Discovery

**NOTE: Parties must appear for oral argument even if they file a Joint Rule 26(f) Report regarding proposed discovery schedule.**

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.**

_____

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date:   November 4, 2009

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD