IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Civil Action No: 1:08-CV-0854

| | |
|---|---|
| DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendant. | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO PROCEED WITH DISCOVERY** |

Plaintiffs Duke University and Duke University Health System,. Inc. (collectively, "Duke"), by and through the undersigned counsel, hereby withdraws the Motion to Proceed with Discovery that it previously filed in the above-referenced action. *See* Dkt. 40.

1

US2008 868563.1

Respectfully submitted this the 21st day of January, 2010.

**KILPATRICK STOCKTON LLP**

/s/ Gregg E. McDougal_____
Gregg E. McDougal
N.C. State Bar No. 27290
gmcdougal@kilpatrickstockton.com
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
Phone (919) 420-1800
Fax (919) 420-1700

**JENNER & BLOCK LLP**
Jerold Oshinsky
joshinsky@jenner.com
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Phone (213) 239-5100

*Attorneys for Plaintiffs Duke University and Duke University Health System, Inc.*

2

US2008 868563.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court using the CM/ECF system which will automatically send notice to the following counsel of record:

> **BAILEY & DIXON, LLP**
> David S. Coats
> dcoats@bdixon.com
>
> John T. Crook
> jcrook@bdixon.com
>
> **SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL, AND JERNIGAN LLP**
> James Kye Dorsett , III
> jdorsett@smithlaw.com
>
> Kirk Alan Parry, Jr.
> aparry@smithlaw.com

And via first-class mail, postage prepaid, to the following non-CM/ECF participants:

> **CROWELL & MORING, LLP**
> Clifton S. Elgarten
> Elaine Panagakos
> Kathryn Underhill
> Michael T. Carolan
> 1001 Pennsylvania Ave., N.W.
> Washington, DC 20004

This 21st day of January, 2010.

/s/ Gregg E. McDougal_____

Gregg E. McDougal

KILPATRICK STOCKTON LLP
3737 GLENWOOD AVENUE
SUITE 400
RALEIGH, NC 27612

3